JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CURE APPAREL, LLC, a California Limited Liability Company; STAGE STORES, INC., a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-01596-CAS-AJW<br><br>**[PROPOSED]** ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)<br><br>Judge: Hon. Christina A. Snyder |

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Complaint in the above captioned action shall be dismissed in its entirety with prejudice; and

2. The parties hereto shall bear their own costs and attorneys' fees.

DATED: January 14, 2016

*/s/ Christina A. Snyder*
Judge Christina A. Snyder